WM 21-647 JP
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROSETTA N. PACE,                                                                    Docket No.:

                                   Plaintiff,

                                                                                            **JURY DEMAND**
             -against-                                                   **OF DEFENDANT**

WAL-MART STORES EAST, LP,

                                   Defendant.
-----------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 38, defendant hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated:  Northport, New York
           October 21, 2022

                                            Yours, etc.

                                            BRODY, O'CONNOR & O'CONNOR, ESQS.
                                            Attorneys for Defendant


                                 By:    s/_____
                                          JOHN R. PETROWSKI (JP 4121)
                                            7 Bayview Avenue
                                            Northport, New York 11768
                                            (631) 261-7778
                                            File No.: WM 21-647 JP


TO:    RATSENBERG & ASSOCIATES, P.C.
           Attorneys for Plaintiff
           2579 East 17th Street, Suite 51
           Brooklyn, New York 11235
           (718) 676-5757