WM 21-647 JO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROSETTA N. PACE,

                                Plaintiff,

    -against-

WAL-MART STORES EAST, LP.

                                Defendants.
------------------------------------------------------------------------X

FILED
CLERK
10:26 am, Jan 04, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Docket No.: 22CV06392

**STIPULATION OF
DISCONTINUANCE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued against defendant WAL-MART STORES EAST, LP, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to any party with the Clerk of the Court.

Dated: Northport, New York
       December 1, 2022

_/s/ Ashley Cohen_  
RATSENBERG & ASSOCIATES, P.C.  
Attorneys for Plaintiff  
2579 East 17th Street, Suite 51  
Brooklyn, New York 11235  
(718) 676-5757

_/s/ Joseph O'Connor_  
BRODY, O'CONNOR & O'CONNOR, ESQS  
Attorneys for Defendant  
7 Bayview Avenue  
Northport, New York 11768  
(631) 261-7778

Dated: 1/4/2023
So Ordered. The Clerk of the Court is directed to close this case.
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.